■ In the Matter of DEPARTMENT OF SOCIAL SERVICES, on Behalf of LEONARDO R., Appellant, v MARCELA COLON et al., Respondents. [669 NYS2d 1017] —Appeal by the petitioner from an order of the Family Court, Suffolk County (Fierro, J.), dated March 6, 1997, which denied its objections to an order of the same court (Lynaugh, H.E.) dated January 10, 1997.

Ordered that the order dated March 6, 1997, is affirmed, without costs or disbursements, for reasons stated by Judge Fierro at the Family Court. O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.